1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN BISKUP,                                    No. C 06-0574 SBA

        Plaintiff,                              **ORDER**

  v.

ASTRAZENECA PHARMACEUTICALS, LP,
et al.

        Defendants.
_____/

On February 28, 2006, this Court received notice from the Judicial Panel on Multidistrict

Litigation (the "Panel" or "MDL Panel") that a motion to transfer is pending before the Panel.

Accordingly,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a ruling

from the MDL Panel. All dates and deadlines established in this matter, including the Case

Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Plaintiff shall promptly inform the Court <u>in writing</u> of

the status of the case no later than ten (10) days after the Panel issues its ruling on the motion to

transfer.

IT IS SO ORDERED.

Dated: 4/17/06

                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge